IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-417-6 |
| | : | |
| DOMINIQUE PARKER | : | |

**ORDER**

AND NOW, this 18th day of December, 2024, upon consideration of Defendant Dominique Parker's Motion to Join Co-Defendant's Motion to Dismiss (Defendant Hassan Elliott's Motion to Dismiss, ECF No. 179) it is hereby ORDERED the Motion (ECF No. 186) is GRANTED. Where applicable, Defendant Dominique Parker shall be afforded the same relief granted to his co-defendants.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.