IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

                                    :

    v.                          :    Criminal No. 20-CR-417

                                    :

DOMINIQUE PARKER         :

## **ORDER**

AND NOW, this       day of                    ,2020, upon consideration of Unopposed Motion of Defendant Dominique Parker for Continuance of Sentencing Hearing it is hereby **ORDEDED** that the Sentencing Hearing in this matter is continued to             , 2026.

BY THE COURT:

_____

HONORABLE  JUAN R. SÀNCHEZ
Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

         :

v.                        :        Criminal No. 20-CR-417

         :

DOMINIQUE PARKER          :

### UNOPPOSED MOTION OF DEFENDANT DOMINIQUE PARKER FOR CONTINUANCE OF SENTENCING HEARING

Defendant, Dominque Parker, by and through his attorney, John A. DiSantis, Esquire, hereby respectfully requests a 30 day continuance of the Sentencing Hearing in the above-captioned case, and in support thereof avers the following:

1.     On January 14, 2026, John A. DiSantis, Esquire (hereinafter "undersigned counsel") was appointed to represent Dominque Parker (hereinafter "Mr. Parker") following this Court's granting of Michael Parkinson Esquire's request to withdraw as counsel.

2.     Michael Parkinson had represented Mr. Parker in a 19-day jury trial before the Honorable Juan R. Sánchez.

3.     On March 25, 2025, a jury found Mr. Parker guilty of the following Counts in the Superseding Indictment:

- Count 1 conspiracy to participate in a racketeering (RICO) enterprise, in violation of 18 U.S.C. §§ 1962(d) and 1963(a)

- Count 2 (conspiracy to distribute controlled substances, in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), and (b)(1)(D))

- Count 12 (assault with a dangerous weapon in aid of racketeering and aiding and abetting, in violation of 18 U.S.C. §§ 1959(a)(3) and 2)

- Count 13 (using, carrying, and discharging a firearm during a crime of violence and aiding and abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2)

- Count 14 (murder in aid of racketeering and aiding and abetting, in violation of 18 U.S.C. §§ 1959(a)(1) and 2)

- Count 15 (assault with a dangerous weapon in aid of racketeering and aiding and abetting, in violation of 18 U.S.C. §§ 1959(a)(3) and 2)

- Count 16 (causing death through the use of a firearm during and in relation to a crime of violence and aiding and abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and (j)(1) and 2)

- Count 29 (maintaining a drug-involved premises, in violation of 21 U.S.C. § 856(a)(1))

- Count 30 (attempted assault with a deadly weapon in aid of racketeering and aiding and abetting, in violation of 18 U.S.C. §§ 1959(a)(6) and 2)

- Count 31 (possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1)

4.    Mr. Parker's sentencing hearing is scheduled for June 9, 2026.

5.    Undersigned counsel is respectfully requesting a 30-day continuance of Mr. Parker's sentencing hearing in order to adequately prepare his client for his sentencing hearing and arrange for the appearances of those individuals who have expressed a desire to appear at the sentencing hearing and address the Court on behalf of Mr. Parker.

6.    It is respectfully averred that the ends of justice will be served by granting undersigned counsel's request for an additional 30 days for continued preparation given the following:

- undersigned counsel did not represent Mr. Parker at his lengthy trial

- the numerous and serious convictions returned by the jury, and

- the applicable guideline which Mr. Parker is facing

7.    In order to effectively represent the interests of Mr. Parker at sentencing a 30-day continuance of the sentencing hearing is being respectfully requested by undersigned counsel.

8.    Assistant United States Attorney Christopher Diviny has advised that the government has no opposition to this request for a 30-day continuance of the sentencing hearing.

**WHEREFORE** for the foregoing reasons, it is respectfully requested that this Honorable Court grant Defendant's Unopposed Motion for Continuance of Sentencing Hearing.

Respectfully submitted,

s/John A. DiSantis

John A. DiSantis, Esquire
18 South New Street
West Chester, PA 19382
(610) 724-8422
Attorney for Defendant, Dominque Parker

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :          Criminal No. 20-CR-417
                                  :
DOMINIQUE PARKER                  :

## CERTIFICATION OF SERVICE

I, John A. DiSantis, Esquire, attorney for Dominque Parker, hereby certify that on

June 2, 2026,  a true and correct copy of:

(1)    Motion of Defendant Dominque Parker for Continuance of Sentencing
       Hearing and proposed Order

was served upon the following individuals by electronic mail:

Christopher Diviny, Esquire
Assistant United States Attorney
U.S. Department of Justice
Eastern District of Pennsylvania
615 Chestnut Street – Suite 1250
Philadelphia, PA  19106-4476
christopher.diviny@usdoj.gov

Ashley Nicole Martin, Esquire
Assistant United States Attorney
ashley.martin2@usdoj.gov

Lauren E. Stram, Esquire
Assistant United States Attorney
lauren.stram@usdoj.gov

s/John A. DiSantis
John A. DiSantis, Esquire
Attorney for Defendant, Dominque Parker